# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **BSR LAMBERT, LLC** § | |
| § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:24-CV-00883-O |
| § | |
| **AMERICAN AIRLINES, INC.** § | |
| § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court is the parties' Joint Motion to Dismiss with Prejudice. ECF No. 17. The Motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that all claims asserted in the above-captioned lawsuit are hereby **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED** that all costs of Court, attorneys' fees, and expenses incurred by the parties are assessed against the party incurring the same.

**SO ORDERED** on this **1st day** of **July, 2025**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**